```
1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JAY R. WEILL (CSBN 75434)
   Chief, Tax Division
3  CYNTHIA STIER (DCBN 423256)
   Assistant United States Attorney
4
      450 Golden Gate Avenue, Box 36055
5     San Francisco, California 94102-3495
      Telephone: (415) 436-7000
6     FAX: (415) 436-6748

7  Attorneys for the United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ESTATE OF GEORGE BRAY, <br> GEORGINA M. BRAY, Executor, <br><br>     Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br>     Defendant. | No. 05-3238 SBA <br><br> **PARTIES' STIPULATION TO ENLARGE DEFENDANT'S TIME TO RESPOND TO COMPLAINT** <br><br> **PARTIES REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER** <br><br> Date: November 9, 2005 <br> Time: 3:30 p.m. <br> Place: via telephonically |

**IT IS HEREBY AGREED AND STIPULATED,** pursuant to Civil Local Rule 6-1 (a), by and between the parties to this action, as reflected by the signatures of their respective counsel as set forth below, that the time in which the defendant may respond to the Plaintiffs' Complaint may be enlarged for a period of thirty (30) days to November 9, 2005.

    The parties to this action also respectfully request that the Court continue the Case Management Conference, currently scheduled for November 9, 2005, at 3:30 via telephone, to December 7, 2005, at 3:45 p.m. via telephone. The grounds for this request are as follows:

    1.    The Internal Revenue Service has experienced a delay in retrieving the administrative file(s) in this case necessary to prepare a response to the Complaint. The administrative file(s) is also necessary to effectively prepare for the Case Management

1  Conference currently scheduled for November 9, 2005.

2      2.    Accordingly, the parties respectfully request that the Court continue the Case
3  Management Conference from November 9, 2005, at 3:30 p.m. by telephone, to December 7,
4  2005, at 3:45 p.m. via telephone.

                                        Respectfully submitted,

Date:  October 12, 2005                      /s/
                                        JOHN M. YOUNGQUIST
                                        Attorney for the Plaintiffs

                                          KEVIN V. RYAN
                                          United States Attorney

Date:  October 12, 2005                      /s/
                                            CYNTHIA STIER
                                          Assistant United States Attorney
                                          Attorneys for the United States of America

## **ORDER**

For the foregoing reasons, and for good cause shown,

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for November 9, 2005, at 3:30 p.m. by telephone is continued to December 7, 2005, at 3:45 p.m. via telephone.

**IT IS SO ORDERED.**

Date: October 17, 2005                                                  /s/ Saundra B Armstrong
                                                         THE HONORABLE SAUNDRA B. ARMSTRONG
                                                         United States District Judge